# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 9/27/19   Time: 11:00 a.m

Defendant: Victor Fossi Grieco   J#: 20536-104   Case #: 19-6451-Hunt
AUSA: Jennifer Keene Duty   Attorney: Michael Rosen, Esq
Violation: Smuggling Goods into the United States
Proceeding: PTD Hearing / Report Re Counsel   CJA Appt:
Bond/PTD Held: ◯ Yes  ◯ No   Recommended Bond:
Bond Set at:   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: SDFL
- ☐ Other: Appear to all hearings and commit no new crimes

Language: SPANISH

Disposition:
All parties present.

Agreed bond in the amount of 100,000-CSB W/Nebbia.

Counsel request the arraignment be continued to 10/10/19 at 11:00 a.m.

Ends of Justice apply.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal: 10/7/19   11:00 a.m.   Snow   FTL
Status Conference RE:

Check if Applicable: ☐  The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:19:28   Time in Court: 10 mins