UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-60280-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

VICTOR FOSSI GRIECO,

        **Defendant.**
_____/

## FACTUAL PROFFER

Had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

On or about September 20, 2019, Victor Fossi Grieco flew a private airplane with tail number YV3325 from Caracas, Venezuela to Fort Lauderdale Executive Airport. Upon arrival at the inspection station, Customs and Border Protection ("CBP") officers conducted an examination of plane. Inside the nose of the plane, CBP officers found numerous bars of gold hidden under a solid metal covering. Law enforcement officers weighed the gold seized from the plane and it weighed approximately 230 pounds. The gold has an estimated value of approximately $4.6 million.

Upon arrival at Fort Lauderdale Executive Airport, Fossi Grieco met with CBP Officers and stated he did not have any merchandise to declare. Under U.S. customs law, the type of gold bars hidden in the nose must be declared to customs as merchandise.

After receiving and waiving his <u>Miranda</u> rights, Fossi Grieco stated that he had agreed to pick up gold from persons in Venezuela to bring into the United States. Fossi Grieco said he stored the gold in the nose compartment of the gold. Fossi Grieco stated that he knew he had to report the gold to customs in the United States, but he did not do so. Fossi Grieco further stated that he would receive a fee from another co-conspirator for transporting the gold. Law enforcement searched the phone of Fossi Grieco and found text messages with co-conspirators relating to the smuggling of gold from Venezuela into the United States.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 11-6-19    By: _____
                     MICHAEL N. BERGER
                     ASSISTANT UNITED STATES ATTORNEY

Date: 11-6-19    By: _____
                     MICHAEL ROSEN
                     ATTORNEY FOR DEFENDANT

Date: 11-06-19   By: _____
                     VICTOR FOSSI GRIECO
                     DEFENDANT